# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DONALD RICHARDSON, *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:12cv00342 |
| v. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| BOARD OF EDUCATION OF HUBER HEIGHTS CITY SCHOOLS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon Defendant Huber Heights City School's Motion to Enforce Court Order (Doc. #100), Dr. Craig D. Olson's response and submission of letters and documents to the Court, and the record as a whole. Upon review of Defendant Huber Heights City School's Motion and Dr. Olson's letters and documents, the Court determines that the appropriate case-management procedure will be to permit the parties' counsel of record to review the documents, under the terms of the prior Protective Order (Doc. #24), and to determine whether Dr. Olson must yet be deposed. If counsel deems necessary, they may submit a new or revised deposition subpoena to Dr. Olson and confer with him to schedule his deposition at a mutually

convenient date and time.  In light of this, the Court **ORDERS** that Defendant Huber Heights City School's Motion to Enforce Court Order (Doc. #100) is **DENIED** as moot.

Additionally, the Court directs:

1. The Clerk of Court to docket and file under seal Dr. Olson's letters and documents; and

2. The Clerk of Court to serve copies of Dr. Olson's letters and documents upon counsel of record, for attorneys' eyes only and subject to the Court's prior Protective Order.

December 18, 2014

                s/Sharon L. Ovington
                Sharon L. Ovington
             Chief United States Magistrate Judge