# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **DONALD RICHARDSON, SUING ON BEHALF OF HIMSELF AND ON BEHALF OF HIS MINOR CHILD, K.R.** | * | **CASE NO. 3:12 CV 342** |
| | | **JUDGE THOMAS M. ROSE** |
| **Plaintiffs,** | * | |
| **vs.** | | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT, BENJAMIN CAHILL PURSUANT TO FED. CIV. R. 41(a)(2)** |
| **BOARD OF EDUCATION OF HUBER HEIGHTS CITY SCHOOL, et al.** | * | |
| **Defendants.** | | |

Now comes the Plaintiff, and Defendant, Benjamin Cahill, by and through counsel, pursuant to Fed. Civ. R. 41(a)(2), and hereby stipulate and agree that Plaintiff's pending claims and matters in controversy against Defendant, Benjamin Cahill, have been settled and compromised and this action against Defendant, Benjamin Cahill, may be dismissed with prejudice and without record.

Upon the foregoing stipulation and agreement of the Plaintiff and Defendant, Benjamin Cahill, it is hereby ORDERED and ADJUDGED that this action be and that the same is hereby DISMISSED WITH PREJUDICE against Defendant, Benjamin Cahill, and without record. Each party shall bear its own costs and fees.

APPROVED:

November 5, 2015                    *s/Thomas M. Rose

_____
UNITED STATES DISTRICT JUDGE
THOMAS M. ROSE

Respectfully submitted,

*/s/ Kevin C. Connell*_____
Kevin C. Connell (0063817)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
kconnell@ffalaw.com
*Counsel for Defendant Benjamin Cahill*

*/s/ Quinn M. Schmiege*
_____
Gregory P. Barwell, Esq. (0070545)
Quinn M. Schmiege, Esq. (0085638)
WESP BARWELL, LLC.
100 East Broad Street, Ste. 2350
Columbus, Ohio 43215
*Tele. 202.253.8436*
*Fax. 614.456.0488*
*gbarwell@wesplaw.com*
*gschmiege@wesplaw.com*
*Counsel for Plaintiff Kyle Richardson*

- 2 -